IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TARON JACQUETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00277-P-BP |
| | § | |
| AMERICAN AIRLINES AMR, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, American Airlines AMR's ("American") Motion to Dismiss (ECF No. 17) is **GRANTED**. Therefore, Taron Jacquett's FMLA claims against American are **DISMISSED with PREJUDICE**. Finally, Jacquett's remaining claims are **DISMISSED without PREJUDICE.**

SO ORDERED on this **1st day** of **December, 2020.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE